**IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re Application of GEORGE W. SCHLICH for Order to Take Discovery Pursuant to 28 U.S.C. § 1782<br><br>Applicant | Case No. 1:16-mc-91278 |

**[PROPOSED] ORDER TO SHOW CAUSE WHY GEORGE W. SCHLICH SHOULD NOT BE GRANTED LEAVE TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS**

George W. Schlich ("Schlich" or "Applicant") submitted an Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings ("Petition") on September 2, 2016. By its Petition, Applicant seeks discovery from The Broad Institute, Inc., Feng Zhang, Naomi Habib, and Le Cong (collectively "Respondents").

The Court has considered the evidence, arguments, and law presented, and sufficient reason appearing, the Court rules as follows. It is hereby:

ORDERED that Applicant shall serve Respondents by hand, facsimile, or e-mail with the Petition and this Order no later than 5:00 p.m. on September ___, 2016; and

ORDERED that papers in opposition to the Petition (including any objections to the proposed subpoenas attached to the Petition as Exhibits 1-7), if any, shall be served by hand, facsimile, or e-mail 14 days after service of the Petition; and

ORDERED that a reply memorandum in support of the Petition (and proposed subpoenas), if any, shall be served by hand, facsimile, or e-mail upon counsel for any party submitting opposing papers; and

ORDERED that Respondents show cause before this Court at a hearing on _____, 2016 at ___ : ___, why an order should not be issued granting Applicant's

Petition and requiring the requested discovery take place.

**IT IS SO ORDERED**

Dated: _____, 2016

_____
United States District Judge