IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

In re Application of GEORGE W.
SCHLICH for Order to Take Discovery
Pursuant to 28 U.S.C. § 1782,

Applicant.

Case No. 1:16-MC-91278

# NOTICE OF SERVICE

Pursuant to the Court's September 6, 2016 Order, Applicant George W. Schlich served the Petition and Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings, including accompanying Proposed Order, Memorandum of Law, and Declarations (Dkt. Nos. 1-4) and the Court's Order (Dkt. No. 7) on the following Respondents:

The Broad Institute
415 Main Street
Cambridge, MA 02142
(via Hand Delivery and E-Mail)

Feng Zhang
75 Ames Street
Cambridge, MA 02142
(via U.S. Mail and E-Mail)

Naomi Habib
75 Ames Street
Cambridge, MA 02142
(via U.S. Mail and E-Mail)

Le Cong
415 Main Street
Cambridge, MA 02142
(via U.S. Mail and E-Mail)

The Certificate of Service is attached.

1

Dated: September 8, 2016                                    Respectfully submitted,


                                                            By /s/Mary K. Ferguson
                                                               Mary K. Ferguson (BBO No. 655395)
                                                               FINNEGAN, HENDERSON, FARABOW,
                                                               GARRETT & DUNNER, LLP
                                                               2 Seaport Lane
                                                               Boston MA 02210-2001
                                                               Telephone: 617.646.1600
                                                               Facsimile: 617.646.1666
                                                               mary.ferguson@finnegan.com

                                                               *Attorneys for Applicant*
                                                               *George W. Schlich*


Of Counsel:

Michael A. Morin
David P. Frazier
Casey L. Dwyer
LATHAM & WATKINS LLP
555 Eleventh St., NW
Washington, D.C. 20004-1304
Telephone: 202.637.2200
Facsimile: 202.637.2201
michael.morin@lw.com
david.frazier@lw.com
casey.dwyer@lw.com
*(pro hac vice motion to be filed)*

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Application of GEORGE W. SCHLICH for Order to Take Discovery Pursuant to 28 U.S.C. § 1782,<br><br>Applicant. | Case No. 1:16-MC-91278 |

## CERTIFICATE OF SERVICE

I, Mary K. Ferguson, an attorney of record in this matter, certify that on September 8, 2016, I caused a copy of the following documents:

**PETITION AND APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS (DKT. NO. 1)**

**[PROPOSED] ORDER TO SHOW CAUSE WHY GEORGE W. SCHLICH SHOULD NOT BE GRANTED LEAVE TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS (DKT. NO. 1-1)**

**MEMORANDUM OF LAW IN SUPPORT OF *EX PARTE* PETITION AND APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS (DKT. NO. 2)**

**DECLARATION OF MARY K. FERGUSON IN SUPPORT OF *EX PARTE* PETITION AND APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS (DKT. NO. 3)**

**DECLARATION OF GEORGE W. SCHLICH IN SUPPORT OF *EX PARTE***

**PETITION AND APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO**

**CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS (DKT. NO. 4)**

**ORDER TO SHOW CAUSE WHY GEORGE W. SCHLICH SHOULD NOT BE GRANTED LEAVE TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS (DKT. NO. 7)**

**NOTICE OF HEARING (DKT. NO. 8)**

1

to be served on the following:

> The Broad Institute
> 415 Main Street
> Cambridge, MA 02142
> (via Hand Delivery and E-Mail)
>
> Feng Zhang
> 75 Ames Street
> Cambridge, MA 02142
> (via U.S. Mail and E-Mail)
>
> Naomi Habib
> 75 Ames Street
> Cambridge, MA 02142
> (via U.S. Mail and E-Mail)
>
> Le Cong
> 415 Main Street
> Cambridge, MA 02142
> (via U.S. Mail and E-Mail)

Dated: September 8, 2016

By <u>/s/Mary K. Ferguson</u>
Mary K. Ferguson (BBO No. 655395)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
2 Seaport Lane
Boston MA 02210-2001
Telephone: 617.646.1600
Facsimile: 617.646.1666
mary.ferguson@finnegan.com

*Attorneys for Applicant*
*George W. Schlich*

Of Counsel:

Michael A. Morin
David P. Frazier
Casey L. Dwyer
LATHAM & WATKINS LLP
555 Eleventh St., NW
Washington, D.C. 20004-1304
Telephone: 202.637.2200
Facsimile: 202.637.2201
michael.morin@lw.com
david.frazier@lw.com
casey.dwyer@lw.com
*(pro hac vice motion to be filed)*