## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Application of GEORGE W. SCHLICH for Order to take Discovery Pursuant to 28 U.S.C. §1782,<br><br>   Applicant. | Case No. 1:16-mc-91278-FDS |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, The Broad Institute, Inc. (the "Broad") hereby states that it is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts, and that it operates under § 501(c)(3) of the Internal Revenue Code.  The Broad is a research institution with relationships with the Massachusetts Institute of Technology, a Massachusetts non-profit educational corporation, President and Fellows of Harvard College, a Massachusetts non-profit educational corporation, and The Eli and Edythe Broad Foundation, a California charitable trust, and, as such, no publicly held corporation owns 10% or more of stock in The Broad Institute.

2

Dated:  September 21, 2016

Respectfully submitted,

/s/ Lisa M. Tittemore
Lisa M. Tittemore (BBO No. 567941)
SUNSTEIN KANN MURPHY &
TIMBERS LLP
125 Summer Street
Boston, MA 02110-1618
Telephone: 617.443.9292
Facsimile: 617.443.0004
ltittemore@sunsteinlaw.com

*Attorneys for Respondents The Broad Institute, Inc., Dr. Feng Zhang, Dr. Naomi Habib, and Dr. Le Cong*

*Of Counsel:*

Charles K. Verhoeven
Melissa J. Baily
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California Street
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875 6700
charlesverhoeven@quinnemanuel.com
melissabaily@quinnemanuel.com

Raymond N. Nimrod
Matthew D. Robson
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
raynimrod@quinnemanuel.com
matthewrobson@quinnemanuel.com
*Pro hac vice motions to be filed*

## **CERTIFICATE OF SERVICE**

I certify that, on September 21, 2016, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing.

/s/ Lisa M. Tittemore

Lisa M. Tittemore